WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com

Attorneys for Plaintiff
NATURAL ALTERNATIVES
INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE COMPOUNDS INC., <br><br> Defendant. | Case No. 15-cv-02081-JM-RBB <br><br> **PLAINTIFF NATURAL ALTERNATIVES INTERNATIONAL, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> Complaint Filed: September 18, 2015 <br><br> District Judge:  Hon. Jeffrey T. Miller <br> Courtroom:  5D (5th Floor - Schwartz) <br><br> Magistrate Judge:  Hon. Ruben B. Brooks <br> Courtroom:  2160 (2nd Floor - Schwartz) <br><br> Trial Date:  Not Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Plaintiff Natural Alternatives International, Inc. ("NAI" or "Plaintiff") states as follows:

NAI certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of NAI's stock.

Dated:    September 18, 2015           **WILSON TURNER KOSMO LLP**

                                By:    s/ Frederick W. Kosmo, Jr.
                                       FREDERICK W. KOSMO, JR.
                                       fkosmo@wilsonturnerkosmo.com

                                       Attorney for Plaintiff
                                       NATURAL ALTERNATIVES
                                       INTERNATIONAL, INC.

**Of Counsel:**
Kevin M. Bell
Richard J. Oparil
W. John McKeague
Caroline M. Maxell
Porzio, Bromberg & Newman, P.C.
1200 New Hampshire Ave., NW
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)