

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Natural Alternatives International, Inc.
                              Plaintiff,

v.

Creative Compounds, Inc.
                              Defendant.

Civil No. 15 cv 2081 JM RBB

## PRO HAC VICE APPLICATION

Creative Compounds, Inc.
Party Represented

I, __Nelson D. Nolte__ hereby petition the above entitled court to permit me
     (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: NOLTE LAW FIRM

Street address: 918 Pontoison Dr.

City, State, ZIP: Manchester, MO 63021

Phone number: 314-266-6771

Email: nn@noltefirm.com

That on __April 17, 2002__ I was admitted to practice before __Missouri Supreme Court__
        (Date)                                                               (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Heather N. Catron               619-239-0300
(Name)                               (Telephone)

White Oliver & Amundson
(Firm)

402 W Broadway Street, Suite 1140     San Diego     92101
(Street)                                    (City)          (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)