

**United States District Court**
SOUTHERN DISTRICT OF CALIFORNIA

Print Form

Natural Alternatives International, Inc.
Plaintiff,

v.

Creative Compounds, Inc.
Defendant.

Civil No. 3:15-cv-02081-JM-RBB

**PRO HAC VICE APPLICATION**

Natural Alternatives Intl, Inc.
Party Represented

I, Caroline C. Maxwell (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Porzio, Bromberg & Newman, P.C.
Street address: 1200 New Hampshire Avenue, NW, Suite 710
City, State, ZIP: Washington, DC 20035-6802
Phone number: (202) 517-6325
Email: ccmaxwell@pbnlaw.com

That on _____ (Date) I was admitted to practice before See attached (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*Caroline C. Maxwell*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Frederick W. Kosmo, Jr.          (619) 236-9600
(Name)                            (Telephone)

Wilson Turner Kosmo LLP
(Firm)

550 West C Street, Suite 1050     San Diego          92101
(Street)                          (City)             (Zip code)

*Caroline C. Maxwell*
(Signature of Applicant)

I hereby consent to the above designation.

*(Signature of Designee Attorney)*

**Caroline C. Maxwell – Federal Courts**

| Court | Date of Admittance |
|---|---|
| U.S. District Court for the Northern District of Texas | December 13, 2006 |
| U.S. District Court for the Eastern District of Texas | September 5, 2007 |
| U.S. District Court for the Southern District of Texas | August 8, 2008 |
| U.S. District Court for the Western District of Texas | October 14, 2008 |
| U.S. Court of Appeals for the Federal Circuit | September 26, 2008 |

3090888