John Karl Buche (SBN 239477 *Local Counsel*)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com

Nelson D. Nolte (*pro hac vice*)
NOLTE LAW FIRM
918 Pontoison Dr.
Manchester, Missouri 63021
Telephone: (314) 452-1211
Facsimile: (314) 266-6771
nn@noltefirm.com

Local Counsel Attorneys for Defendants,
CREATIVE COMPOUNDS, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CREATIVE COMPOUNDS, INC., <br><br> Defendant | Case No. 15-cv-02081-JM-RBB <br><br> **NOTICE AND MOTION FOR SUBSTITUTION OF LOCAL COUNSEL** <br><br> Complaint filed: September 18, 2015 <br><br> District Judge: Hon. Jeffrey T. Miller <br> Magistrate Judge: Hon. Ruben B. Brooks <br><br> Trial Date: September 18, 2017 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant CREATIVE COMPOUNDS, LLC, hereby moves to substitute the appearance of the law firm of White, Oliver & Amundson, APC, 402 West Broadway, Suite 1140, San Diego, California 92101 and substitute John K. Buche of the firm of Buche & Associates, P.C., as local counsel of record on behalf of Defendant CREATIVE COMPOUNDS, LLC, per the request of the defendant, in the

- 1 -

above-captioned matter. This substitution of counsel will not affect any deadlines currently set in this case. Copies of all pleadings and notices pertaining to the above-entitled matter not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> John Karl Buche
> BUCHE & ASSOCIATES, P.C.
> 875 Prospect, Suite 305
> La Jolla, California 92037
> Telephone: 858.459.9111
> Facsimile: 858.459.9120
> jbuche@buchelaw.com

Counsel for Plaintiff NATURAL ALTERNATIVES INTERNATIONAL, INC. has indicated it does not oppose this motion.

                                              Respectfully Submitted,

DATED: April 7, 2016                      BUCHE & ASSOCIATES, P.C.

                                              /s/ John Karl Buche
                                              JOHN KARL BUCHE
                                              875 Prospect, Suite 305
                                              La Jolla, California 92037
                                              Telephone: 858.459.9111
                                              Facsimile: 858.459.9120
                                              jbuche@buchelaw.com

| CREATIVE COMPOUNDS, LLC | NOLTE LAW FIRM |
|---|---|
| /s/ Corey McNeely | /s/ Nelson D. Nolte |
| COREY MCNEELY, President | NELSON D. NOLTE |
| 600 Daugherty Street | 918 Pontoison Dr. |
| P.O. Box 4011 | Manchester, Missouri 63021 |
| Scott City, MO 63780 | Telephone: (314) 452-1211 |
| | Facsimile: (314) 266-6771 |
| | nn@noltefirm.com |
| | Attorneys for Defendant, |
| | CREATIVE COMPOUNDS, LLC |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 875 Prospect, Suite 305, La Jolla, CA 92037.

On Thursday April 7, 2016, I served the foregoing document described as: **NOTICE OF SUBSTITUTION** on the parties in this action by serving this document in the following manner:

(_) **By Envelope** - by placing ( ) the original (X) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes to the addresses and persons listed below.

(_) **By Mail**:  As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at La Jolla, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X) **By ECF Filing**:  By electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record who have filed a Notice of Consent to Electronic Service in this action, including those persons with corresponding e-mail addresses listed below.

*Attorneys for Plaintiff Natural Alternatives International, Inc.*:
    Frederick W. Kosmo, Jr.
    Hubert Kim
    Wilson Turner Kosmo, LLP
    550 West C Street, Suite 1050
    San Diego, CA 92101

*Attorney for Defendant Creative Compounds, LLC*:
    Heather N. Catron
    White, Oliver & Amundson
    402 W. Broadway Street, Suite 1050
    San Diego, CA 92101

Executed on April 7, 2016, at La Jolla, California.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                                       /s/ John K. Buche
                                                                      JOHN K. BUCHE

**NOTICE AND MOTION FOR SUBSTITUTION OF COUNSEL**
(Case No. 15-CV-02081-JM-RBB)