MICHELLE R. BERNARD (SBN: 144582)
mbernard@gordonrees.com
ALLISON L. JONES (SBN: 162976)
ajones@gordonrees.com
SEAN FLAHERTY, Bar No. 272598
sflaherty@gordonrees.com
SUSAN B. MEYER, Bar No. 204931
smeyer@gordonrees.com
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
CREATIVE COMPOUNDS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CREATIVE COMPOUNDS, INC., <br><br> Defendant. | CASE NO. 15-cv-02081-JM-RBB <br><br> **NOTICE OF APPEARANCE** <br><br> Judge: Jeffrey T. Miller <br> Magistrate Judge: Ruben B. Brooks |

**TO THIS HONORABLE COURT, PLAINTIFF, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following counsel hereby notes his appearance as attorney Defendant Creative Compounds, Inc.:

Sean Flaherty, Esq.
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: sflaherty@gordonrees.com

| | |
|---|---|
| Dated: September 29, 2016 | GORDON & REES LLP |
| | By: /s/ Sean Flaherty<br>Michelle R. Bernard<br>Allison L. Jones<br>Sean Flaherty<br>Susan B. Meyer<br>Attorneys for Defendant<br>CREATIVE COMPOUNDS, INC. |

1119880/29858085v.1

MICHELLE R. BERNARD  (SBN: 144582)
mbernard@gordonrees.com
ALLISON L. JONES  (SBN:  162976)
ajones@gordonrees.com
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
CREATIVE COMPOUNDS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CREATIVE COMPOUNDS, INC., <br><br> Defendant. | CASE NO.  15-cv-02081-JM-RBB <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Jeffrey T. Miller <br> Magistrate Judge: Ruben B. Brooks |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, California  92101.  On September 29, 2016, I served the within documents:

**NOTICE OF APPEARANCE**

☐ by causing such document(s) to be electronically mailed in .pdf format as an e-mail attachment to each addressee for the above-entitled case as listed below. The transmission was complete and confirmed. A copy of the transmittal e-mail will be maintained with the original document(s) in our office.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

| ☒ BY ELECTRONIC FILING. I hereby certify that on September 29, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | |
|---|---|
| Frederick W. Kosmo, Jr.<br>Hubert Kim<br>Wilson Turner Kosmo LLP<br>550 West C Street, Suite 1050<br>San Diego, CA 92101-3532<br>Tel: 619-236-9600/Fax: 619-236-9669<br>Email: fkosmo@wilsonturnerkosmo.com<br>Email: hkim@wilsonturnerkosmo.com<br><br>Kevin M. Bell<br>Richard J. Oparil<br>W. John McKeague<br>Caroline M. Maxell<br>Porzio, Bromberg & Newman, P.C.<br>1200 New Hampshire Ave. NW, Suite 710<br>Washington, DC 20036<br>Tel: 202-517-1888/Fax: 202-517-6322<br>Email: rjoparil@pbnlaw.com<br>Email: wjmckeague@pbnlaw.com<br>Email: ccmaxwell@pbnlaw.com | **Attorneys for Plaintiff**<br>**NATURAL ALTERNATIVES**<br>**INTERNATIONAL, INC.** |
| Nelson Nolte<br>Nolte Law Firm<br>918 Pontoison Dr.<br>Manchester, MO 63021<br>Tel: 314-266-6771<br>Fax: 314-266-6771<br>Email: nn@noltefirm.com<br><br>John K. Buche<br>Buche & Associates, P.C.<br>875 Prospect Street , Suite 305<br>La Jolla, CA 92037<br>Tel: (858) 459-9111/Fax: (858) 459-9120<br>Email: jbuche@buchelaw.com | **Attorneys for Defendant**<br>**CREATIVE COMPOUNDS, INC.** |

1   I am readily familiar with the firm's practice of collection and processing
2   correspondence for mailing.  Under that practice it would be deposited with the
3   U.S. Postal Service on that same day with postage thereon fully prepaid in the
4   ordinary course of business.  I am aware that on motion of the party served, service
5   is presumed invalid if postal cancellation date or postage meter date is more than
6   one day after the date of deposit for mailing in affidavit.
7   I declare under penalty of perjury under the laws of the United State of
8   America that I am employed in the office of a member of the Bar of this Court at
9   whose direction the service was made.
10  Executed on September 29, 2016.

*Sylvia Durazo* (signature)

Sylvia Durazo

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1119880/29555964v.1