# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Natural Alternatives International, Inc.  
**Plaintiff,**

v.

Creative Compounds, Inc.  
**Defendant.**

Civil No. 15-cv-2081-H-AGS

## PRO HAC VICE APPLICATION

Creative Compounds, Inc.  
Party Represented

I, __Kevin J. O'Shea__ hereby petition the above entitled court to permit me  
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: OShea Law LLC  
Street address: 4450 North Kildare Avenue  
City, State, ZIP: Chicago, IL 60630  
Phone number: (573) 388-2296  
Email: koshea@oshealawllc.com  
That on __Nov 4, 1999__ I was admitted to practice before __Northern District of Illinois__  
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Natural Alternatives, Inc. v. Creative Compounds, LLC  
Case Number 16-cv-2146-H-AGS          Date of Application May 1, 2017  
Application:   ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John Buche                                    (858) 459-9111  
(Name)                                        (Telephone)

Buche & Associates, P.C.  
(Firm)

875 Prospect, Suite 305          La Jolla          92037  
(Street)                         (City)            (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)