Frederick W. Kosmo, Jr. (SBN. 138036)
Hubert Kim (SBN 204957)
Wilson Turner Kosmo LLP
550 West C Street, Suite 1050
San Diego, CA 92101-3532
619-236-9600
619-236-9669 (fax)
fkosmo@wilsonturnerkosmo.com
hkim@wilsonturnerkosmo.com

Richard J. Oparil (Admitted PHV)
William J. McKeague (Admitted PHV)
Caroline C. Maxwell (Admitted PHV)
Porzio, Bromberg & Newman P.C.
1200 New Hampshire Ave. NW, Suite 710
Washington, DC 20036
Tel:  202-517-1888
Fax:  202-517-6322
rjoparil@pbnlaw.com
wjmkeague@pbnlaw.com
ccmaxwell@pbnlaw.com

Attorneys for Plaintiff
NATURAL ALTERNATIVES INTERNATIONAL, INC.

Michelle R. Bernard  (SBN: 144582)
mbernard@gordonrees.com
Susan B. Meyer (SBN: 204931)
smeyer@gordonrees.com
Allison L. Jones  (SBN: 162976)
ajones@gordonrees.com
Sean Flaherty (SBN: 272598)
sflaherty@gordonrees.com
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Kevin John OShea (Admitted PHV)
koshea@oshealawllc.com
OShea Law LLC
4450 North Kildare Avenue
Chicago, IL 60630
573-388-2296

Attorneys for Defendant
CREATIVE COMPOUNDS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CREATIVE COMPOUNDS, INC., <br><br> Defendant. | CASE NO.  15-cv-02081-H-AGS <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Natural Alternatives International, Inc., and Defendant, Creative Compounds LLC, hereby move, stipulate and agree, subject to the approval of the Court, that the present action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by them.

-1-

1  Each party will bear its own attorneys' fees and costs.

2        The Court is further requested to retain jurisdiction for purposes of enforcing the written Settlement Agreement entered into between the Parties.

Dated:  August 26, 2017         Respectfully submitted,

**WILSON TURNER KOSMO LLP**

By:  */s/ Frederick W. Kosmo*
      FREDERICK W. KOSMO, JR.
      fkosmo@wilsonturnerkosmo.com

*Attorney for Plaintiff*
*Natural Alternatives International, Inc.*

**GORDON & REES, LLP**

By:  */s/ Sean D. Flaherty*
      Michelle R. Bernard
      Susan B. Meyer
      Sean D. Flaherty
      Allison L. Jones
      *Attorneys for Defendant*
      *Creative Compounds LLC*

### Joint Filing Certification

I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf this filing was submitted, and have authorized this filing.

By:  */s/ Sean D. Flaherty*
      Sean D. Flaherty

-2-

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA  92101.  On August 26, 2017, I served the foregoing document entitled **JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court.  Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 26, 2017 at San Diego, California.

By: */s/ Sean D. Flaherty*
Sean D. Flaherty