# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>CREATIVE COMPOUNDS, INC.,<br><br>                                Defendant. | Case No.: 15-cv-02081-H-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 119.] |

On August 26, 2017, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in consideration of a negotiated settlement executed by the parties, with each party to bear its own attorneys' fees and costs. (Doc. No. 119.) In the joint motion, the parties request that the Court retain jurisdiction for the purposes of enforcing the written settlement agreement entered into by the parties. (Id.)

1

| | |
|---|---|
| 1 | The Court, for good cause shown, grants the joint motion to dismiss and dismisses |
| 2 | the entire action with prejudice, with each party to bear its own attorneys' fees and costs. |
| 3 | The Court retains jurisdiction for the purposes of enforcing the written settlement |
| 4 | agreement entered into by the parties. The Clerk is directed to close the case. |
| 5 | **IT IS SO ORDERED.** |
| 6 | DATED: August 28, 2017 |

_[signature]_
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT